[No. 14382.   Department Two. — February 10, 1892.]

BENJAMIN LOVEJOY, RESPONDENT, *v.* L. C. CHAN-
DLER, APPELLANT.

ABATEMENT — ANOTHER ACTION PENDING — VENDOR AND PURCHASER —
MORTGAGE — BREACH OF WARRANTY — MONEY PAID. — An action by a
purchaser to recover damages from the vendor for breach of an express
covenant of warranty in the deed against the claims of mortgagees is not
for the same cause of action as an action to recover money laid out and
expended by the purchaser for the vendor at his special instance and re-
quest in redemption of the mortgage, and which the vendor agreed to
repay.

APPEAL from a judgment of the Superior Court of Sac-
ramento County, and from an order denying a new trial.

The action was brought to recover money paid in re-
demption of a mortgage to Samuel and Margaret Poor-
man, which the defendant agreed to pay when he con-
veyed the mortgaged land. Further fact are stated in
the opinion, and in the decision of the case of *Ebel* v.
*Chandler, ante,* p. 372.

*George A. Blanchard,* for Appellant.

*F. D. Ryan,* and *Johnson, Johnson & Johnson,* for Re-
spondent.

FITZGERALD, C. — This case and the case of *Ebel* v.
*Chandler, ante,* p. 372, just decided, were tried together
in the court below, and the testimony, decision, and
transcript, except the amount of the judgment and the
plea in abatement set up in the answer, of the pendency
of another cause of action between the same parties and
for the same cause, and the testimony on such plea, are
in all material respects the same.

It appears that plaintiff, prior to the commencement
of this action, brought an action against the defendant
to recover the sum of $3,498 for damages for breach of
the express covenant contained in the deed " to warrant
and defend the title to the same against all claims of
Samuel and Margaret Poorman."

This action was brought to recover the sum of $3,498, and the interest thereon, amounting to $265.26, for money laid out and expended for and on behalf of the defendant by the plaintiff at the defendant's special instance and request, and which defendant promised to repay to plaintiff.

The finding of the court, "that there was not, at the time of the commencement of this action, another action pending or undetermined in this court between the same parties for the same cause of action as stated in the plaintiff's complaint herein," is sustained by the evidence.

We recommend that the judgment and order be affirmed.

VANCLIEF, C., and FOOTE, C., concurred.

The COURT. — For the reasons given in the foregoing opinion, the judgment and order are affirmed.